UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE A. RIVERA SOTO,

               Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

1:22-cv-09388 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    On November 14, 2022, the Court ordered the parties to, within two weeks of the date on which Defendant enters an appearance, file an executed notice of consent or a joint letter stating whether the parties consent to proceed before the assigned Magistrate Judge for all purposes. *See* ECF No. 10.  Defendant entered an appearance on November 10, 2022; the required submission was therefore due by November 24, 2022.  *See* ECF No. 8.  No such submission was filed.  Accordingly, the parties shall file the submission required by ECF No. 10 no later than **January 30, 2023.**

Dated:   January 23, 2023
             New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge