**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSE A. RIVERA SOTO,

                Plaintiff,                      22 **CIVIL** 9388 (BCM)

        -v-                                **<u>JUDGMENT</u>**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 3, 2023, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. Upon remand Plaintiff will be given the opportunity for a new hearing and a new decision will be issued.

**Dated:** New York, New York
           April 3, 2023

                                                  **RUBY J. KRAJICK**

                                                  _____
                                                     **Clerk of Court**

                        **BY:**        *K. Mango*

                                                     _____
                                                     **Deputy Clerk**